UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| PENNY COMPAS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:23-cv-00185-SNLJ |
| AMCO INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendant AMCO Insurance Company's Motion to Compel Written Discovery filed on October 9, 2024 (Doc. 17). Defendant seeks an Order compelling plaintiff to provide responses and document production to AMCO's First Set of Interrogatories and First Set of Requests for Production of Documents and Authorizations propounded to plaintiff on July 22, 2024. On September 3, 2024, plaintiff's counsel requested an extension to September 9, 2024. Since then, plaintiff's counsel has not served responses or otherwise communicated with defendant's counsel. Additionally, plaintiff has not filed a response to the Motion to Compel and the time to do so has expired. EDMO L.R. 4.01(B).

Federal Rule of Civil Procedure 37(a)(3)(B) allows a party seeking discovery to move for an order to compel if "a party fails to answer an interrogatory submitted under Rule 33" and/or "a party fails to produce documents or fails to respond that inspection will be permitted--or fails to permit inspection--as requested under Rule 34." The Court will, therefore, direct plaintiff to serve her responses to defendant's discovery requests within

14 days. Further, the Court will order plaintiff to show cause within 14 days as to why she should not be ordered to pay the movant's reasonable expenses incurred in making the motion, including attorney's fees, as provided by Rule 37(a)(5)(A).

Accordingly,

**IT IS THEREFORE ORDERED** that Defendant AMCO Insurance Company's Motion to Compel Written Discovery (Doc. 17) is **GRANTED**, and plaintiff shall provide full and substantive responses and complete document production to AMCO's First Set of Interrogatories and First Set of Requests for Production of Documents and Authorizations propounded to plaintiff on July 22, 2024 within 14 days.

**IT IS FURTHER ORDERED** that plaintiff shall **SHOW CAUSE** within 14 days as to why she should not be ordered to pay the movant's reasonable expenses incurred in making the motion, including attorney's fees.

**IT IS FURTHER ORDERED** that defendant shall submit its reasonable expenses incurred in making the motion, including attorney's fees, within 14 days.

**SO ORDERED** on this 30th day of October, 2024.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE